FILED: JUNE 13, 2008
08CV3427
JUDGE SHADUR
MAGISTRATE JUDGE MASON
EDA

Case 1:08-cv-03427   Document 3   Filed 06/13/2008   Page 1 of 1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Westinghouse Electric Corporation, Plaintiff
v.
USA George Lift Int'l Holding, Inc., USA George Elevator, Inc., George Elevator (Shenzhen) Co. Ltd. and Chen Qiang, Defendant

Case Number:

```
FILED: JUNE 13, 2008
08CV3427
JUDGE SHADUR
MAGISTRATE JUDGE MASON
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

Westinghouse Electric Corporation

| | |
|---|---|
| NAME (Type or print) | |
| Peter C. John | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Peter C. John | |
| FIRM | |
| Williams Montgomery & John Ltd. | |
| STREET ADDRESS | |
| 20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 01339052 | (312) 443-3210 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]