FILED: JUNE 13, 2008
08CV3427
JUDGE SHADUR
MAGISTRATE JUDGE MASON
EDA

Case 1:08-cv-03427   Document 4   Filed 06/13/2008   Page 1 of 1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Westinghouse Electric Corporation, Plaintiff<br>v.<br>USA George Lift Int'l Holding, Inc., USA George Elevator, Inc., George Elevator (Shenzhen) Co. Ltd. and Chen Qiang, Defendant | FILED: JUNE 13, 2008<br>08CV3427<br>JUDGE SHADUR<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

Westinghouse Electric Corporation

| NAME (Type or print) |
|---|
| David L. Applegate |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ David L. Applegate |
| FIRM |
| Williams Montgomery & John Ltd. |
| STREET ADDRESS |
| 20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3122573 | (312) 855-4851 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐