FILED: JUNE 13, 2008
08CV3427
JUDGE SHADUR
MAGISTRATE JUDGE MASON
EDA

Case 1:08-cv-03427   Document 6   Filed 06/13/2008   Page 1 of 1

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Westinghouse Electric Corporation, Plaintiff<br>v.<br>USA George Lift Int'l Holding, Inc., USA George Elevator, Inc., George Elevator (Shenzhen) Co. Ltd. and Chen Qiang, Defendant | Case Number:<br><br>FILED: JUNE 13, 2008<br>08CV3427<br>JUDGE SHADUR<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

Westinghouse Electric Corporation

| |
|---|
| NAME (Type or print)<br>Brian Y. Boyd |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Brian Y. Boyd* |
| FIRM<br>Williams Montgomery & John Ltd. |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277166 | TELEPHONE NUMBER<br>(312) 443-3211 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |