IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Westinghouse Electric Corporation, ) | | FILED: JUNE 13, 2008 |
| ) | | 08CV3427 |
| Plaintiff, ) | | JUDGE SHADUR |
| ) | No. | MAGISTRATE JUDGE MASON |
| v. ) | | |
| ) | | |
| USA George Lift Int'l Holding, Inc, an Illinois ) | | TC |
| corporation; USA George Elevator, Inc., an ) | | |
| Illinois corporation; George Elevator (Shenzhen) ) | | |
| Co. Ltd., a foreign corporation; and Chen ) | | |
| Qiang, an individual ) | | |
| ) | | |
| Defendants. ) | | |

## PLAINTIFF'S NOTICE PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Plaintiff Westinghouse Electric Corporation, a Delaware corporation, by its attorneys, hereby provides the Clerk of the Court with the following information:

(1) **Westinghouse Electric Corporation:**

Westinghouse Electric Corporation is a corporation organized and existing under the laws of the State of Delaware, and is a wholly owned subsidiary of CBS Corporation.

(2) **CBS Corporation:**

CBS Corporation is a corporation organized and existing under the laws of the State of Delaware and a publicly traded company. CBS Corporation has the following "Affiliates" as defined by Local Rule 3.2:

**Class A Voting Stock:** National Amusements, Inc., a privately held company, owns greater than 5% of the Class A voting stock of CBS Corporation through a wholly owned subsidiary. Based upon a Schedule 13D filed by Gabelli Asset Management Inc. ("Gabelli") on January 3, 2006, Gabelli reports that it also holds greater than 5% of the Class A voting stock.

**Class B Non-Voting Common Stock:** Based upon filings pursuant to Section 13(d) or Section 13(g) of the Securities and Exchange Act of 1934, CBS

Corporation is aware of only the following information: according to Schedule 13G filed by AXA Financial, Inc., a large asset management firm, on February 14, 2008, AXA Financial, Inc. reports that a majority-owned subsidiary holds greater than 5% of CBS Corporation's Class B non-voting common stock in customer accounts for third party clients.

Dated: June 13, 2008

Respectfully submitted,

WESTINGHOUSE ELECTRIC CORPORATION

By: /s/ D.L. Applegate
One of Its Attorneys

Peter C. John (ARDC # 1339052)
*pcj@willmont.com*
David L. Applegate (ARDC #3122573)
*dla@willmont.com*
Paul J. Ripp (ARDC #6281001)
*pjr@willmont.com*
Brian Y. Boyd (ARDC #6277166)
*byb@willmont.com*
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 – phone
312.630.8500 – fax