IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Westinghouse Electric Corporation, | ) | FILED: JUNE 13, 2008 |
| | ) | 08CV3427 |
| Plaintiff, | ) | JUDGE SHADUR |
| | ) No. | MAGISTRATE JUDGE MASON |
| v. | ) | |
| | ) | TC |
| USA George Lift Int'l Holding, Inc, an Illinois corporation; USA George Elevator, Inc., an Illinois corporation; George Elevator (Shenzhen) Co. Ltd., a foreign corporation; and Chen Qiang, an individual | ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 and 15 U.S.C. § 1116, Plaintiff Westinghouse Electric Corporation, a Delaware corporation, by its attorneys, hereby provides the Clerk of the Court with the following information:

1) **Name and Address of Plaintiff:**

   Westinghouse Electric Corporation, a Delaware corporation
   51 West 52nd Street
   New York, NY 10019

2) **Names and Addresses of Defendants:**

   USA George Lift Int'l Holding, Inc., an Illinois corporation
   6050 West Eastwood
   Apartment 201
   Chicago, Illinois 60630-3176

   USA George Elevator, Inc., an Illinois corporation
   6050 West Eastwood
   Apartment 201
   Chicago, Illinois 60630-3176

   George Elevator (Shenzhen) Co. Ltd., a China corporation
   Industry Park No 2

Tongxin Road, Tongle, Longgang District,
Shenzhen, PRC 518116

also known as George Industrial Zone
No 2 Longgang Tongxin Road,
Tongletongxin Lu, Longgang District,
Shenzhen, Guangdong PRC 518116

Chen Qiang, an individual
c/o George Elevator (Shenzhen) Co. Ltd., a China corporation
Industry Park No 2
Tongxin Road, Tongle, Longgang District,
Shenzhen, PRC 518116

3)   **Trademark Registrations in Suit:**

| TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | TRADEMARK HOLDER |
|---|---|---|
| 299083 | 11/22/2002 | Westinghouse Electric Corporation |
| 721168 | 9/12/2001 | Westinghouse Electric Corporation |
| 858162 | 10/8/1988 | Westinghouse Electric Corporation |
| 888963 | 4/7/1990 | Westinghouse Electric Corporation |
| 1329236 | 4/9/1985 | Westinghouse Electric Corporation |
| 2397325 | 10/24/2000 | Westinghouse Electric Corporation |
| 2538110 | 2/12/2002 | Westinghouse Electric Corporation |
| 2569791 | 5/14/2002 | Westinghouse Electric Corporation |
| 2617250 | 9/10/2002 | Westinghouse Electric Corporation |
| 2753776 | 8/19/2003 | Westinghouse Electric Corporation |
| 2813464 | 2/10/2004 | Westinghouse Electric Corporation |
| 2978755 | 7/26/2005 | Westinghouse Electric Corporation |
| 2978756 | 7/26/2005 | Westinghouse Electric Corporation |
| 2987981 | 8/23/2005 | Westinghouse Electric Corporation |
| 2987985 | 8/23/2005 | Westinghouse Electric Corporation |
| 3013734 | 11/8/2005 | Westinghouse Electric Corporation |
| 3016056 | 11/15/2005 | Westinghouse Electric Corporation |
| 3030093 | 12/13/2005 | Westinghouse Electric Corporation |

| TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | TRADEMARK HOLDER |
|---|---|---|
| 3030754 | 12/13/2005 | Westinghouse Electric Corporation |
| 3030756 | 12/13/2005 | Westinghouse Electric Corporation |
| 3030757 | 12/13/2005 | Westinghouse Electric Corporation |
| 3030761 | 12/13/2005 | Westinghouse Electric Corporation |
| 3038291 | 1/3/2006 | Westinghouse Electric Corporation |
| 3066508 | 3/7/2006 | Westinghouse Electric Corporation |
| 3069441 | 3/14/2006 | Westinghouse Electric Corporation |
| 3074793 | 3/28/2006 | Westinghouse Electric Corporation |
| 3139706 | 9/5/2006 | Westinghouse Electric Corporation |
| 3140562 | 9/5/2006 | Westinghouse Electric Corporation |
| 3185007 | 12/12/2006 | Westinghouse Electric Corporation |
| 3185008 | 12/12/2006 | Westinghouse Electric Corporation |
| 3192678 | 1/2/2007 | Westinghouse Electric Corporation |
| 3257175 | 6/26/2007 | Westinghouse Electric Corporation |
| 3298673 | 9/25/2007 | Westinghouse Electric Corporation |
| 3308054 | 10/9/2007 | Westinghouse Electric Corporation |
| 3313374 | 10/16/2007 | Westinghouse Electric Corporation |
| 3234211 | 4/24/2007 | U.S.A. George Elevator, Inc. |

Dated: June 13, 2008

Peter C. John (ARDC # 1339052)
*pcj@willmont.com*
David L. Applegate (ARDC #3122573)
*dla@willmont.com*
Paul J. Ripp (ARDC #6281001)
*pjr@willmont.com*
Brian Y. Boyd (ARDC #6277166)
*byb@willmont.com*
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 – phone; 312.630.8500 – fax

Respectfully submitted,

WESTINGHOUSE ELECTRIC CORPORATION

By: /s/ D. Applegate
      One of Its Attorneys