## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3427          Assigned/Issued  By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP            ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

#### (For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

6  Original and  0  copies on 06/16/08  as to USA GEORGE LIFT

INT'L HOLDING INC,USA GEORGE ELEVATOR INC,GEORGE ELEVATOR
                         (Date)

(2 ADDRESSES), CHEN QIANG (2 ADDRESSES).

---

C:\wpwin80\docket\feeinfo.frm    03/14/05