



**United States District Court**
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

Peter C. John
Williams, Montgomery & John, Ltd.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606

# F I L E D

JUN 2 3 2008
JUN 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Westinghouse Electric Corporation v. USA George Lift Int'l Holding, Inc. et al

Case No.: 1:08-cv-03427

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- |
| See | | attached |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.



RECEIVED
JUN 18

Sincerely yours,

**Michael W. Dobbins, Clerk**

JIANA DAVIS

By:    Tiana Davis
       Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Westinghouse Electric Corporation,           )
                                       )
               Plaintiff,           )
                                         )  No.
         v.                               )

USA George Lift Int'l Holding, Inc, an Illinois )
corporation; USA George Elevator, Inc., an )
Illinois corporation; George Elevator (Shenzhen) )
Co. Ltd., a foreign corporation; and Chen )
Qiang, an individual                         )
                                         )
              Defendants.           )

```
FILED: JUNE 13, 2008
08CV3427
JUDGE SHADUR
MAGISTRATE JUDGE MASON

TC
```

## PLAINTIFF'S NOTICE PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 and 15 U.S.C. § 1116, Plaintiff Westinghouse Electric

Corporation, a Delaware corporation, by its attorneys, hereby provides the Clerk of the Court

with the following information:

1) **Name and Address of Plaintiff:**

Westinghouse Electric Corporation, a Delaware corporation
51 West 52nd Street
New York, NY 10019

2) **Names and Addresses of Defendants:**

USA George Lift Int'l Holding, Inc., an Illinois corporation
6050 West Eastwood
Apartment 201
Chicago, Illinois 60630-3176

USA George Elevator, Inc., an Illinois corporation
6050 West Eastwood
Apartment 201
Chicago, Illinois 60630-3176

George Elevator (Shenzhen) Co. Ltd., a China corporation
Industry Park No 2

Tongxin Road, Tongle, Longgang District,
Shenzhen, PRC 518116

also known as George Industrial Zone
No 2 Longgang Tongxin Road,
Tongletongxin Lu, Longgang District,
Shenzhen, Guangdong PRC 518116

Chen Qiang, an individual
c/o George Elevator (Shenzhen) Co. Ltd., a China corporation
Industry Park No 2
Tongxin Road, Tongle, Longgang District,
Shenzhen, PRC 518116

3)    **Trademark Registrations in Suit:**

| TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | TRADEMARK HOLDER |
|---|---|---|
| 299083 | 11/22/2002 | Westinghouse Electric Corporation |
| 721168 | 9/12/2001 | Westinghouse Electric Corporation |
| 858162 | 10/8/1988 | Westinghouse Electric Corporation |
| 888963 | 4/7/1990 | Westinghouse Electric Corporation |
| 1329236 | 4/9/1985 | Westinghouse Electric Corporation |
| 2397325 | 10/24/2000 | Westinghouse Electric Corporation |
| 2538110 | 2/12/2002 | Westinghouse Electric Corporation |
| 2569791 | 5/14/2002 | Westinghouse Electric Corporation |
| 2617250 | 9/10/2002 | Westinghouse Electric Corporation |
| 2753776 | 8/19/2003 | Westinghouse Electric Corporation |
| 2813464 | 2/10/2004 | Westinghouse Electric Corporation |
| 2978755 | 7/26/2005 | Westinghouse Electric Corporation |
| 2978756 | 7/26/2005 | Westinghouse Electric Corporation |
| 2987981 | 8/23/2005 | Westinghouse Electric Corporation |
| 2987985 | 8/23/2005 | Westinghouse Electric Corporation |
| 3013734 | 11/8/2005 | Westinghouse Electric Corporation |
| 3016056 | 11/15/2005 | Westinghouse Electric Corporation |
| 3030093 | 12/13/2005 | Westinghouse Electric Corporation |

| TRADEMARK REGISTRATION NUMBER | TRADEMARK REGISTRATION DATE | TRADEMARK HOLDER |
|---|---|---|
| 3030754 | 12/13/2005 | Westinghouse Electric Corporation |
| 3030756 | 12/13/2005 | Westinghouse Electric Corporation |
| 3030757 | 12/13/2005 | Westinghouse Electric Corporation |
| 3030761 | 12/13/2005 | Westinghouse Electric Corporation |
| 3038291 | 1/3/2006 | Westinghouse Electric Corporation |
| 3066508 | 3/7/2006 | Westinghouse Electric Corporation |
| 3069441 | 3/14/2006 | Westinghouse Electric Corporation |
| 3074793 | 3/28/2006 | Westinghouse Electric Corporation |
| 3139706 | 9/5/2006 | Westinghouse Electric Corporation |
| 3140562 | 9/5/2006 | Westinghouse Electric Corporation |
| 3185007 | 12/12/2006 | Westinghouse Electric Corporation |
| 3185008 | 12/12/2006 | Westinghouse Electric Corporation |
| 3192678 | 1/2/2007 | Westinghouse Electric Corporation |
| 3257175 | 6/26/2007 | Westinghouse Electric Corporation |
| 3298673 | 9/25/2007 | Westinghouse Electric Corporation |
| 3308054 | 10/9/2007 | Westinghouse Electric Corporation |
| 3313374 | 10/16/2007 | Westinghouse Electric Corporation |
| 3234211 | 4/24/2007 | U.S.A. George Elevator, Inc. |

Dated: June 13, 2008

Peter C. John (ARDC # 1339052)
pcj@willmont.com
David L. Applegate (ARDC #3122573)
dla@willmont.com
Paul J. Ripp (ARDC #6281001)
pjr@willmont.com
Brian Y. Boyd (ARDC #6277166)
byb@willmont.com
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 – phone; 312.630.8500 – fax

Respectfully submitted,

WESTINGHOUSE ELECTRIC CORPORATION

By: _____
One of Its Attorneys

3