IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Westinghouse Electric Corporation,<br><br>                    Plaintiff,<br>v.<br><br>USA George Lift Int'l Holding, Inc., USA George Elevator, Inc., George Elevator (Shenzhen) Co. Ltd., and Chen Qiang,<br><br>                    Defendants. | No. 08 CV 3427 |

### PROOF OF SERVICE

I, Joseph Reeder a Private Investigator, under penalty of perjury under the laws of the United States of America hereby certify that I caused a copy of the Mediation Materials to be served upon:

USA George Lift Int'l Holding, Inc.      and      USA George Elevator, Inc.
c/o Kan Ho – Registered Agent                           c/o Kan Ho – Registered Agent
6050 West Eastwood, Apt. 201                            6050 West Eastwood, Apt. 201
Chicago, Illinois 60630-3176                                Chicago, Illinois 60630-3176

via Hand Delivery by leaving a copy with Robert Smietana (husband of Kan Ho) on the 21ST day of June, 2008.

_____
Joseph Reeder

Document #: 778905