AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Westinghouse Electric Corporation,

            Plaintiff,

V.

USA George Lift Int'l Holding, Inc., USA George Elevator, Inc., George Elevator (Shenzhen) Co. Ltd. and Chen Qiang,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 CV 3427**

ASSIGNED JUDGE: The Honorable Milton I. Shadur

DESIGNATED MAGISTRATE JUDGE: The Honorable Michael T. Mason

TO: (Name and address of Defendant)  USA George Elevator, Inc.
c/o Kan Ho -- Registered Agent
6050 West Eastwood, Apt. 201
Chicago, Illinois 60630-3176

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter C. John, David L. Applegate
Brian Y. Boyd, Paul J. Ripp
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within   **Twenty (20)**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*

-----------------------------
(By) DEPUTY CLERK

June 17, 2008
-----------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/21/08 |
| NAME OF SERVER (PRINT) JOSEPH REEDER | TITLE PI |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **ROBERT SMIETANA (HUSBAND)**

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/21/08
             Date                  Signature of Server

241 MILLINGTON LN, AURORA IL 60504
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.