IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Westinghouse Electric Corporation, ) | | |
| Plaintiff, ) | | |
| v. ) | No. 08 CV 3427 | |
| ) | | |
| USA George Lift Int'l Holding, Inc., USA George ) | Hon. Milton I. Shadur | |
| Elevator, Inc., George Elevator (Shenzhen) Co. Ltd., and ) | Magistrate Michael T. Mason | |
| Chen Qiang, ) | | |
| Defendants. ) | | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 1, 2008, the undersigned electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division:

1) *PROOF OF SERVICE FOR MEDIATION MATERIALS;*

2) *RETURN OF SERVICE FOR COMPLAINT AND SUMMONS ISSUED TO USA GEORGE LIFT INT'L HOLDING, INC.; and*

3) *RETURN OF SERVICE FOR COMPLAINT AND SUMMONS ISSUED TO USA GEORGE ELEVATOR, INC.*

copies of which are attached and hereby served upon you.

WESTINGHOUSE ELECTRIC CORPORATION

By: ___/s/ *David L. Applegate*___
One of Its Attorneys

Peter C. John (ARDC # 1339052)
*pcj@willmont.com*
David L. Applegate (ARDC #3122573)
*dla@willmont.com*
Paul J. Ripp (ARDC #6281001)
*pjr@willmont.com*
Brian Y. Boyd (ARDC #6277166)
*byb@willmont.com*
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 - phone
312.630.8500 – fax

Document #: 778905

**CERTIFICATE OF SERVICE**

I, David L. Applegate, an attorney, under penalty of perjury under the laws of the United States of America hereby certify that on July 1, 2008 I electronically filed:

1) *PROOF OF SERVICE FOR MEDIATION MATERIALS;*

2) *RETURN OF SERVICE FOR COMPLAINT AND SUMMONS ISSUED TO USA GEORGE LIFT INT'L HOLDING, INC.; and*

3) *RETURN OF SERVICE FOR COMPLAINT AND SUMMONS ISSUED TO USA GEORGE ELEVATOR, INC.*

with the Clerk of the Court using the CM/ECF system.

                                                                     */s/ David L. Applegate*
                                                                       David L. Applegate