**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Westinghouse Electric Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 3427 |
| | ) | |
| USA George Lift Int'l Holding, Inc, an Illinois corporation; USA George Elevator, Inc., an Illinois corporation; George Elevator (Shenzhen) Co. Ltd., a foreign corporation; and Chen Qiang, an individual, | ) ) ) ) ) ) | Judge Milton Shadur

Magistrate Judge Mason |
| Defendants. | ) ) | |

**PLAINTIFF'S CERTIFICATION
REGARDING LANHAM ACT MATERIALS**

Pursuant to letter dated June 16, 2008, received June 18, 2008, and applicable local rules, the undersigned counsel for Plaintiff Westinghouse Electric Corporation, a Delaware corporation, hereby certifies that he has provided to Plaintiff and to a designated legal process server for service on defendants those materials received from the Court describing the Court's Lanham Act mediation program that are required to be served.

As of this date, the undersigned has confirmed receipt of these materials by Plaintiff Westinghouse Electric Corporation, a Delaware corporation, and has been informed by the process server that service of these materials has been obtained on the U. S. defendants.

Dated: June 30, 2008

Respectfully submitted,

WESTINGHOUSE ELECTRIC CORPORATION

By:_____
One of Its Attorneys

Peter C. John (ARDC # 1339052)
*pcj@willmont.com*
David L. Applegate (ARDC #3122573)
*dla@willmont.com*
Paul J. Ripp (ARDC #6281001)
*pjr@willmont.com*
Brian Y. Boyd (ARDC #6277166)
*byb@willmont.com*
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 – phone
312.630.8500 – fax

Document #: 779198