IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Westinghouse Electric Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 3427 |
| | ) | |
| USA George Lift Int'l Holding, Inc., USA | ) | Hon. Milton I. Shadur |
| George Elevator, Inc., George Elevator | ) | Magistrate Michael T. Mason |
| (Shenzhen) Co. Ltd., and Chen Qiang, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 1, 2008, the undersigned electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division ***PLAINTIFF'S CERTIFICATION REGARDING LANHAM ACT MATERIALS*** a copy of which is attached.

WESTINGHOUSE ELECTRIC CORPORATION

By: */s/ David L. Applegate*
One of Its Attorneys

Peter C. John (ARDC # 1339052)
*pcj@willmont.com*
David L. Applegate (ARDC #3122573)
*dla@willmont.com*
Paul J. Ripp (ARDC #6281001)
*pjr@willmont.com*
Brian Y. Boyd (ARDC #6277166)
*byb@willmont.com*
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 - phone
312.630.8500 – fax

Document #: 779228

1

**CERTIFICATE OF SERVICE**

I, David L. Applegate, an attorney, under penalty of perjury under the laws of the United States of America hereby certify that on July 1, 2008 I electronically filed ***PLAINTIFF'S CERTIFICATION REGARDING LANHAM ACT MATERIALS*** with the Clerk of the Court using the CM/ECF system.

                                                 /s/ David L. Applegate
                                                 David L. Applegate