IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Westinghouse Electric Corporation, Plaintiff, ) | |
| ) | |
| v.  ) | No.   08 C 3427 |
| ) | |
| USA George Lift Int'l Holding, Inc, an Illinois ) | Judge Milton Shadur |
| corporation; USA George Elevator, Inc., an ) | |
| Illinois corporation; George Elevator (Shenzhen) ) | Magistrate Judge Mason |
| Co. Ltd., a foreign corporation; and Chen ) | |
| Qiang, an individual,  Defendants. ) | |

**JOIT STATEMENT REGARDING PARTICIPATION IN THE**
**VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES**

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

| | | |
|---|---|---|
| ☐ | A. | The undersigned will participate in the Court's mediation program. |
| ☒ | B. | The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program. |
| ☐ | C. | The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement |
| ☐ | D. | The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached) |

_____     _____
Signature of Plaintiff's Counsel        Signature of Defendant's Counsel

August 1, 2008                          _____
Date                                    Date