IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Westinghouse Electric Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 3427 |
| | ) | |
| USA George Lift Int'l Holding, Inc., USA George Elevator, Inc., George Elevator (Shenzhen) Co. Ltd., and Chen Qiang, | ) ) ) | Hon. Milton I. Shadur Magistrate Michael T. Mason |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on August 1, 2008, the undersigned electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division *JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES,* a copy of which is attached.

        WESTINGHOUSE ELECTRIC CORPORATION

        By:  */s/ David L. Applegate*
        One of Its Attorneys

Peter C. John (ARDC # 1339052)
*pcj@willmont.com*
David L. Applegate (ARDC #3122573)
*dla@willmont.com*
Paul J. Ripp (ARDC #6281001)
*pjr@willmont.com*
Brian Y. Boyd (ARDC #6277166)
*byb@willmont.com*
Williams Montgomery & John Ltd.
20 N. Wacker Dr., Suite 2100
Chicago, Illinois 60606
312.443.3200 - phone
312.630.8500 – fax

1

## **CERTIFICATE OF SERVICE**

I, David L. Applegate, an attorney, under penalty of perjury under the laws of the United States of America hereby certify that on August 1, 2008 I electronically filed the ***JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES*** with the Clerk of the Court using the CM/ECF system, and provided service on all defendants who have to date been served with process in this matter by registered mail, return receipt requested, to their registered U. S. agent, at the address below:

>USA George Lift Int'l Holding, Inc.
>USA George Elevator, Inc.
>c/o Kan Ho, Registered Agent
>6050 West Eastwood
>Apartment 201
>Chicago, Illinois 60630-3176.

>>>*/s/ David L. Applegate*
>>>David L. Applegate

Document #: 781842